368 A.2d 1253 (1977)
Jay K. ROGERS
v.
Alfred C. TOEGEMANN et al.
No. 76-226-M.P.
Supreme Court of Rhode Island.
December 20, 1976.
Strauss, Factor, Chernick & Hillman, P. C., Stephen B. Lang, Providence, for plaintiff.
Hanson, Curran, Bowen & Parks, William A. Curran, Providence, for defendants.

ORDER
This case is consolidated with the cases of Fireman's Fund Ins. Co. v. McAlpine, R.I., 368 A.2d 1252 and Cacchillo v. Leach Machinery Co., R.I., 368 A.2d 1251.